

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 8, 2020

**Via CM/ECF**
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York

  Re: **Guglielmo vs Fun.com, Inc.**
    **Case #: 1:20-cv-05925-LGS**

Dear Judge Schofield:

We represent the plaintiff in the above matter. We write with the consent of the Defendant to respectfully request that the initial conference currently scheduled for October 15, 2020 at 10:40am be adjourned for at least 30 days. Counsel for Plaintiff and Defendant are in settlement discussions and have exchanged documents and statements that are presently being reviewed.

This is the first request for an adjournment.

We thank Your Honor and the Court for its kind considerations and courtesies.

            Respectfully submitted,

            *s/ David Force*
            David Force, Esq.

The application is **GRANTED in part**. The initial pre-trial conference scheduled for October 15, 2020, (Dkt. No. 6), is **ADJOURNED to October 29, 2020, at 10:40 A.M.** The conference will be telephonic and will occur on the following conference line: 888-363-4749, access code: 5583333. The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time. Pursuant to the Court's Individual Rules, by **October 22, 2020**, the parties shall file a proposed case management plan and joint letter.

The parties are advised that the Court does not ordinarily adjourn initial pretrial conferences pending settlement discussions. If and when the parties reach a settlement agreement, the parties shall file a joint letter, informing the Court of their agreement.

Dated: October 9, 2020
   New York, New York

                  LORNA G. SCHOFIELD
                  UNITED STATES DISTRICT JUDGE