UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                :
JOSEPH GUGLIELMO,                           :
                             Plaintiff,   :
                                                 :           20 Civ. 5925 (LGS)
               -against-              :
                                                 :           <u>ORDER</u>
FUN.COM, INC.,                               :
                                                 :
                                  Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's Order, dated August 26, 2020, required the parties to file a proposed joint letter and case management plan no later than seven days before the initial pretrial conference (Dkt. No. 6);

WHEREAS, the initial pretrial conference is scheduled for October 29, 2020, at 10:40 a.m. (Dkt. No. 12);

WHEREAS, the parties failed to file the joint letter or proposed case management plan; it is hereby

**ORDERED** that, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **October 27, 2020, at noon**.

Dated: October 23, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE