UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH GUGLIELMO, on behalf of himself and
all others similarly situated,
    Plaintiff,

        v.                           CASE NO.: 1:20-cv-5925

FUN.COM, INC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** November 30, 2020

| For Plaintiff Joseph Guglielmo | For Defendant Fun.com, Inc |
|---|---|
| *[signature]* | *[signature]* |
| Mark Rozenberg | Matthew Thomas Boos |
| Stein Saks, PLLC | Fredrikson & Byron, P.A. |
| 285 Passaic Street | 200 Sixth Street Ste 4000 |
| Hackensack, NJ 07601 | Minneapolis, MN 55402 |
| Ph: 201-282-6500 | Ph: 612-492-7180 |
| Mrozenberg@steinsakslegal.com | mboos@fredlaw.com |

So Ordered.

Dated: December 28, 2020
     New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I certify that on December 1, 2020, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*
